

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-19-00229-CV

**TEXAS P.M.R., INC.** and John Ripley,
Appellant

v.

Robert **RIPLEY** and Mary Guzman,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23830
The Honorable Aaron Haas, Judge Presiding

## O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before August 30, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court